THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* IRVING COHEN, Appellant.

Submitted February 21, 1949; decided March 3, 1949.

Motion for reargument denied.   [See 298 N. Y. 243.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN A. SADOWY, Appellant, against J. VERNEL JACKSON, as Warden of Clinton State Prison, Respondent.

Submitted February 21, 1949; decided March 3, 1949.

*John A. Sadowy,* appellant in person.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown, Herman N. Harcourt* and *George A. Radz* of counsel), for respondent.

Motion for leave to appeal, for assignment of counsel and to be heard on one certified typewritten copy of record denied.

Appeal taken as of right dismissed.